UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LONG ISLAND HOUSING SERVICES, INC.            11 Civ.1210 (ECF)

                      Plaintiff,

-against-                                     STIPULATION TO EXTEND TIME
                                                                             TO FILE RESPONSIVE PLEADING

MAIN STREET, L.I., LLC and
BRADFORD P. MOTT

                    Defendants.
---------------------------------------------------------X

      IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for Plaintiff Long Island Housing Services, Inc. ("Plaintiff"), and Defendants Main Street, L.I., LLC and Bradford P. Mott (collectively, "Defendants"), as follows:

1. Plaintiff served its Complaint for civil rights violations on March 24, 2011;

2. The initial deadline for Defendants to answer or to otherwise respond to the Complaint was April 13, 2011;

3. Defendants has requested and Plaintiff has consented to additional time for Defendants to answer or to otherwise respond to the Complaint;

4. The time to answer, move, or otherwise respond to the Summons and Complaint for defendants is extended to and including June 10, 2011;

5. Defendants waive any defects in service of the Summons and Complaint in this action; and

6. Facsimile, electronic or other copies of the signature of counsel on this Stipulation shall serve as originals and may be filed with the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 25, 2011

RICHARD B. ROSENTHAL & ASSOCIATES, PC

By: _____
RICHARD B. ROSENTHAL
*Attorneys for Defendants*   By: Samuel F. Denny, Esq.
Main Street, L.I., LLC and Bradford P. Mott
120-82 Queens Blvd
Kew Gardens, NY 11415
Tel. (718) 261-0200
Fax (718) 793-2791

EMERY, CELLI, BRINKERHOFF & ABADY, LLP

By: _Diane L. Houk_
DIANE L. HOUK
*Attorneys for Plaintiff*
Long Island Housing Services, Inc.
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel. (212) 763-5000
Fax (212) 763-5001

**SO ORDERED:**

DATED: May _____, 2011

_____
HON.